**E-FILED**
Tuesday, 02 December, 2014 12:36:30 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CHASE CARMEN HUNTER | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:14-CV-03324 |
| | § | |
| ANDREW BORON, et. al., | § | |
| Defendants. | § | |

**RESPONSE TO PETITIONER'S REQUEST FOR COURT TO STRIKE TDI DEFENDANTS' SPECIAL APPEARANCE TO FILE MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(1), (2), (4) AND (5) AND RESPONSE TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

TO THE HONORABLE SUE E. MYERSCOUGH:

Come now, Defendants, Texas Department of Insurance (the "Department"), Eleanor Kitzman ("Kitzman") in her individual and official capacity, and Julia Rathgeber, ("Rathgeber") in her individual and official capacity, (collectively "TDI"), and file this Response to Petitioner's request for this court to strike TDI Defendants' Special Appearance to File Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1), (2), (4) and (5) and Response to Plaintiff's Motion for Temporary Restraining Order.

**I.**

1. On November 20, 2014, Petitioner filed Petitioner's Opposition to Documents filed by Eleanor Kitzman, Julia Rathgeber, and Texas Department of Insurance on or about November 4, 2014.

2. In that pleading, Petitioner requests that this Court strike TDI Defendants' Special

Appearance to File Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1), (2), (4) and (5) and Response to Plaintiff's Motion for Temporary Restraining Order.

3. Petitioner bases her request that the pleading be stricken on her assertion that the undersigned is not authorized to practice law in the state of Illinois, attaching a document from the Attorney Registration and Disciplinary Commission of the Supreme Court of Illinois indicating that the undersigned is voluntarily inactive and not authorized to practice law in the state courts of Illinois.

4. While the undersigned maintains voluntary inactive status and is not currently authorized to practice law in the state courts of Illinois, he is admitted to practice law in the United States District Court for the Central District of Illinois and is a member in good standing, a fact confirmed by a call to the clerk of the Court, by Cynthia Morales, an assistant attorney general with the Texas Attorney General's Office, and further confirmed by the issuance by the Court's clerk of a log-in name and password to the undersigned on October 31, 2014, so that he could access the Court's Electronic Case Filing system.

5. This case is pending before the U.S. District Court for the Central District of Illinois, a federal district court, not in a state court for the State of Illinois.

6. The U.S. District Court for the Central District of Illinois does not require that an attorney be licensed to practice in the state courts of the State of Illinois as a prerequisite to being admitted to practice before the U.S. District Court for the Central District of Illinois, but only that an attorney be licensed in any state of the United States or the District of Columbia. *See* Local Rule 83.5 of the United States District Court for the Central District

of Illinois.

7. Because the undersigned is admitted to practice before the United States District Court for the Central District of Illinois, and certifies that he is a member in good standing of the bar of this Court, Plaintiff's request for this Court to strike the TDI Defendants' Special Appearance to File Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1), (2), (4) and (5) and Response to Plaintiff's Motion for Temporary Restraining Order is wholly without merit and should be denied.

**PRAYER**

Wherefore, premises considered, the TDI Defendants request this Court to deny Petitioner's request to strike TDI Defendants' Special Appearance to File Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1), (2), (4) and (5) and Response to Plaintiff's Motion for Temporary Restraining Order.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

DAVID C. MATTAX
Deputy Attorney General for Defense Litigation

/s/ Patrick K. Sweeten________________
PATRICK K. SWEETEN
Chief, Special Litigation Division
Texas State Bar No. 00798537
P.O. Box 12548, Capitol Station

Austin, TX 78711-2548
(512) 936-1307 (telephone)
(512) 936-0545 (fax)
patrick.sweeten@texasattorneygeneral.gov
***Attorneys for Texas Department of Insurance, Eleanor Kitzman, and Julia Rathgerber***

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of December, 2014, a true and correct copy of the above foregoing document, **Response to Petitioner's Request for Court to Strike TDI Defendants' Pleadings**, was mailed by the U.S. Postal Service to the following:

Chase Carmen Hunter
P.O. Box 42252
Fredricksburg, VA 22404

/s/ Patrick K. Sweeten________________
PATRICK K. SWEETEN