E-FILED
Tuesday, 16 December, 2014 03:57:41 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD

FILED
DEC 16 2014
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CHASE CARMEN HUNTER,
PETITIONER,

CIVIL ACTION NO. 14-3324

vs.

ANDREW BORON, ETC. ET AL.
RESPONDENTS.

AMENDED
NOTICE AND MOTION FOR LEAVE TO USE ORIGINAL RECORD

Notice is hereby given that

Chase Carmen Hunter above named, hereby requests that the appeal be heard on the original record without reproducing any part, pursuant Fed Rule App Procedure 24(c). This notice applies to the AMENDED ecHH notice of appeal dated November 21, 2014.

ecHH
Attorney or Pro Se Appellant

PO Box 42252
Fredericksburg, VA 22404
Address

Dated: 11/29/14