E-FILED
Tuesday, 16 December, 2014 04:11:25 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD

FILED
DEC 16 2014
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CHASE CARMEN HUNTER,
PETITIONER,

CIVIL ACTION NO. 14-3324

vs.

ANDREW BORON, ETC. ET AL.
RESPONDENTS.

AMENDED
CERTIFICATE PURSUANT FED RULE APP PROCEDURE 10(b)(1)(B)

Notice is hereby given that

Chase Carmen Hunter above named, hereby certifies that no transcript will be filed because there were no court proceedings in the district court.
This notice applies to the amended notice of appeal dated November 21, 2014

ccfhk
Attorney or Pro Se Appellant

PO Box 42252
Fredericksburg, VA 22404
Address

Dated: 11/29/14