E-FILED
Tuesday, 16 December, 2014 04:12:57 PM
Clerk, U.S. District Court, ILCD

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT - CHICAGO ILLINOIS

| | | |
|---|---|---|
| CHASE CARMEN HUNTER,<br>PETITIONER-APPELLANT,<br>vs.<br>ANDREW BORON, ETC. ET AL.<br>RESPONDENTS-APPELLEES. | ) | Case No.14-3604<br>USDC No. 14-3324<br>**PETITIONER-APPELLANT'S DOCKETING STATEMENT** |

xeefth
FILED
DEC 16 2014
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO THE HONORABLE JUDGES OF THIS COURT:

There is one pending appeal related to this case. It is in this U.S. Court of Appeals and is case 14-3548.

There are no prior or related appellate proceedings in the case.

There is no prior litigation in the district court.

**Jurisdiction - Fed. R. App. P. Rule 28(a)(4)**

**Fed. R. App. P. Rule 28(a)(4)(A)**

a. This action arises under, inter alia, 42 U.S.C. §§ 1983, 1985, and 1986 and 15 U.S.C. §§ 4 and 26, and 15 U.S.C. § 1681p.

b. The District Court "may at any time make such temporary restraining order or prohibition as shall be deemed just in the premises" pursuant to 15 U.S.C. § 4. See also 15 U.S.C. § 26.

c. 18 U.S.C. § 1034(b) allows for an injunction prohibiting violations of 18 U.S.C. § 1033.

d. The District Court has jurisdiction pursuant to, inter alia, 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1332 (diversity), 28 U.S.C. § 1337 (anti-trust), 28 U.S.C. § 1343 (deprivation of rights, failure to prevent such deprivation, and failure to aid in preventing such deprivation), 28 U.S.C. § 1367 (supplemental), and any other relevant authority regarding the matters set forth herein.

e. The District Court may issue a declaratory judgment in this case pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201-2202.

**Fed. R. App. P. Rule 28(a)(4)(B)**

Review is sought from the United States District Court for Central District of Illinois ("USDC").

**Fed. R. App. P. Rule 28(a)(4)(C)**

a. Review is sought pursuant to Federal Rule of Appellate Procedure ("FRAP") 4(a)(1)(A)

b. First Order Entry Date: October 28, 2014

c. Notice of Appeal of Order Entered on October 28, 2014, was filed on November 7, 2014. And an amended notice of appeal was filed on November 21, 2014.

**Fed. R. App. P. Rule 28(a)(4)(D)**

The order entered October 28, 2014, and docketed as page 8, ("October 28 Order p. 8") denies, inter alia, Petitioner-Appellant's Motion to Proceed In Forma Pauperis. This October 28 2014 Order is appealable because orders denying applications to proceed in forma pauperis ("IFP") are appealable as final decisions for reasons similar to those which prompted the Supreme Court to hold that the order in Cohen v. Beneficial Industrial Loan Corp., 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528(1949) was appealable. (quoted from Flowers v. Turbine Support Div., 507 F.2d 1242, 1244 (5th Cir.1975)).

In addition, the second text order entered on October 28, 2014, and docketed as page 9, ("October 28 Order p. 9"), denies Hunter's request to file electronically. This denial is based on the same gross error seen in October 28 Order p. 8 and is

without logic. This denial functions to deny Hunter the same easy access to this court as the respondents and is immediately appeal because, among other reasons, it is blatantly erroneous, constitutes intentional error, is without all logic, and has "serious, perhaps irreparable, consequence," and can be "effectively challenged" only by an immediate appeal. See Carson v. American Brands, Inc., 450 U.S. 79, 84, 101 S.Ct. 993, 996, 67 L.Ed.2d 59 (1981).

WHEREFORE, Hunter files this docketing statement.

Respectfully Submitted,

/s/ Chase Carmen Hunter

Chase Carmen Hunter
Petitioner-Appellant, pro se
PO Box 42252, Fredericksburg, VA 22404
Tel: 707-706-3647 :: Fax: 703-997-5999
Email: Chase_Hunter@yahoo.com

**CERTIFICATE OF SERVICE**

I certify that on this 1st day of December 2014, a true and correct copy of Petitioner-Appellant's Docketing Statement was served upon each party listed below by email or facsimile as shown.

Andrew Wheaton at awheaton@atg.state.il.us for
Andrew Boron, Director of Insurance, Illinois Department of Insurance, 320 W Washington St., Springfield, IL 62767

Patrick Sweeten at Patrick.Sweeten@texasattorneygeneral.gov
For Eleanor Kitzman, Julia Rathgeber, Texas Department of Insurance, Chief Clerk of the Texas Department of Insurance
Texas Department of Insurance, MC113-2A
PO Box 149104
Austin TX 78714

/s/ Chase Carmen Hunter — 12/01/2014
*Chase Carmen Hunter* — *Date*