E-FILED
Friday, 19 December, 2014 02:51:29 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CHASE CARMEN HUNTER | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:14-CV-03324 |
| | § | |
| ANDREW BORON, et. al., | § | |
| Defendants. | § | |

**MOTION TO SUBSTITUTE COUNSEL OF RECORD FOR DEFENDANTS ELEANOR KITZMAN, JULIA RATHGEBER, AND THE TEXAS DEPARTMENT OF INSURANCE**

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Defendants Eleanor Kitzman individually and in her official capacity, Julia Rathgeber individually and in her official capacity, and the Texas Department of Insurance ("TDI Defendants"), hereby move to substitute Cynthia A. Morales of the Office of the Texas Attorney General, as counsel of record, in place of Patrick K. Sweeten of the Office of the Texas Attorney General, and for cause would show the following:

1. The TDI Defendants have not been properly served with the petition in this suit and are asserting that the action against them should be dismissed in their filed *Special Appearance to File Motion to Dismiss Pursuant to Fed. R. Civ. P. 12 (b)(1), (2), (4), and (5), and Response to Plaintiff's Motion For Temporary Restraining Order*. The TDI Defendants are being represented in this action by Patrick K. Sweeten, Chief of the Special Litigation Division of the Office of the Texas Attorney General.

2. Mr. Sweeten is leaving the employment of the Office of the Texas Attorney General and will no longer be associated with the Office of the Texas Attorney General after December 31, 2014.

3. Ms. Morales is an Assistant Attorney General in the Office of the Texas Attorney General and is a member in good standing of the bar of the State of Texas and of the Central District of Illinois.

4. Ms. Morales has been assigned responsibility for this case by the Office of the Texas Attorney General and will be the attorney to receive all communications from the Court and from other parties on behalf of the TDI Defendants.

5. Ms. Morales's contact information is as follows.


Cynthia A. Morales<br>
Assistant Attorney General<br>
Office of the Attorney General<br>
P.O. Box 12458<br>
Austin, TX 78711-2548<br>
cynthia.morales@texasattorneygeneral.gov<br>
512-475-4470 Phone<br>
512-477-2348 Fax


## PRAYER

Wherefore, premises considered, the TDI Defendants pray this Court to grant their Motion to Substitute Counsel of Record for Defendants Eleanor Kitzman individually and in her official capacity, Julia Rathgeber individually and in her official capacity, and the Texas Department of Insurance and substitute Cynthia A. Morales as counsel of record in place of Patrick K. Sweeten.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

DAVID C. MATTAX
Deputy Attorney General for Defense Litigation

/s/ Patrick K. Sweeten________________
PATRICK K. SWEETEN
Chief, Special Litigation Division
Texas State Bar No. 00798537
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 936-1307 (telephone)
(512) 936-0545 (fax)
patrick.sweeten@texasattorneygeneral.gov
***Attorneys for Texas Department of Insurance, Eleanor Kitzman, and Julia Rathgeber***

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of December, 2014, a true and correct copy of the above foregoing document, **Motion to Substitute Counsel of Record for Defendants Eleanor Kitzman, Julia Rathgeber, and the Texas Department of Insurance**, will be served on all participants in the case who are registered CM/ECF users by the CM/ECF system and has been served by first-class and certified mail via the U.S. Postal Service to the following:

Chase Carmen Hunter
P.O. Box 42252
Fredericksburg, VA 22404

/s/ Patrick K. Sweeten________________
PATRICK K. SWEETEN