E-FILED
Thursday, 22 January, 2015 09:02:13 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CHASE CARMEN HUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 14-3324 |
| | ) | |
| ANDREW BORON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

RICHARD MILLS, U.S. District Judge:

In an Order entered on January 14, 2015, the Court Overruled the Plaintiff's Objections and Adopted the Magistrate Judge's Order of October 28, 2014 and the reasoning therein, thereby denying the Plaintiff's Motion for Leave to Proceed in Forma Pauperis. The Court further Ordered the Plaintiff to pay the filing fee by January 30, 2015 or face dismissal of her case. Pending now is the Plaintiff's Second Motion to Proceed in Forma Pauperis.

For the reasons given in the previous Order, the Plaintiff's Second Motion to Proceed in Forma Pauperis [d/e 33] is DENIED. The

Plaintiff's Motion to Cease the use of Text Orders in lieu of Orders entered in a Traditional Format [de/ 34] is DENIED.

The failure of the Plaintiff to pay the filing fee by February 4, 2015 will result in the dismissal of the case.

ENTER: January 21, 2015.

s/ *Richard Mills*
RICHARD MILLS
UNITED STATES DISTRICT JUDGE