E-FILED
Wednesday, 28 January, 2015 04:45:23 PM
Clerk, U.S. District Court, ILCD

FILED
JAN 28 2015
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF
ILLINOIS - SPRINGFIELD

CHASE CARMEN HUNTER,
PETITIONER,

CIVIL ACTION NO. 14-3324

vs.

ANDREW BORON, ETC. ET AL.
RESPONDENTS.

NOTICE OF APPEAL

Notice is hereby given that

Chase Carmen Hunter above named, hereby appeals to

the United States Court of Appeals for theSeventh Circuit from the Order entered in this action on which denies Hunter's "SECOND PETITIONER'S MOTION TO PROCEED IN FORMA PAUPERIS" ("2nd IFP") which was filed with this court on January 9, 2015. Hunter does not know at this moment if this 2nd IFP was denied. This Notice of Appeal becomes operative only if the 2nd IFP is denied. Because Hunter has been denied free electronic notification and free copies of electronically-filed documents, cannot afford PACER fees, and does not have 100% reliable receipt of mail, Hunter is forced to file this Notice of Appeal to preserve her rights.

cc fHt
Attorney or Pro Se Appellant

PO Box 42252
Fredericksburg, VA 22404
Address

Dated: 1/22/15

C Hunte
340 Shemon Ave #9039
Walnut CA 91789

RICHMOND
VA 23U
24 JAN '15
PM 5 L




USDC
151 U.S. Courthouse
600 E Monroe St.
Springfield IL 62701

62701290299