E-FILED
Wednesday, 28 January, 2015 04:50:13 PM
Clerk, U.S. District Court, ILCD

34,36,APPEAL,PROSE,REFER

# U.S. District Court
# CENTRAL DISTRICT OF ILLINOIS (Springfield)
# CIVIL DOCKET FOR CASE #: 3:14−cv−03324−RM−TSH

Hunter v. Boron et al
Assigned to: Judge Richard Mills
Referred to: Magistrate Judge Tom Schanzle−Haskins
Case in other court: Seventh Circuit, 14−03548
Seventh Circuit, 14−03604
Cause: 42:1983 Civil Rights Act

Date Filed: 10/24/2014
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Chase Carmen Hunter** represented by **Chase Carmen Hunter**
PO Box 42252
Fredericksburg, VA 22404
707−706−3647
Fax: 703−997−5999
PRO SE

V.

**Defendant**

**Andrew Boron**
*Individually and in his Official Capacity as Director of Insurance for Illinois and in his Offical Capacity as a Member of the National Association of Insurance Commissioners*

**Defendant**

**Illinois Department of Insurance**

**Defendant**

**National Association of Insurance Commissioners**

**Defendant**

**National Insurance Producer Registry**

**Defendant**

**Eleanor Kitzman**
*Individually and in her Official Capacity as the Commissioner of the Texas Department of Insurance*
represented by **Cynthia A Morales**
OFFICE OF THE TEXAS ATTORNEY GENERAL
300 W 15th St Austin TX 78701
PO BOX 12548
Austin, TX 78711

512−475−4470
Fax: 512−475−2348
Email: cynthia.morales@texasattorneygeneral.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Kinney Sweeten**
OFFICE OF THE ATTORNEY GENERAL
9th Floor
300 West 15th Street
Austin, TX 78701
512−936−1307
Fax: 512−936−0545
Email: patrick.sweeten@texasattorneygeneral.gov
*TERMINATED: 12/22/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Julia Rathgeber**
*Individually and in her Official Capacity as the Commissioner of the Texas Department of Insurance*

represented by **Cynthia A Morales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Kinney Sweeten**
(See above for address)
*TERMINATED: 12/22/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Texas Department of Insurance**

represented by **Cynthia A Morales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Kinney Sweeten**
(See above for address)
*TERMINATED: 12/22/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/24/2014 | 1 | | COMPLAINT against All Defendants, filed by Chase Carmen Hunter. (Attachments: # 1 Envelope)(ME, ilcd) (Entered: 10/24/2014) |
| 10/24/2014 | 2 | | MOTION for Temporary Restraining Order by Plaintiff Chase Carmen Hunter. Responses due by 11/10/2014 (Attachments: # 1 Exhibit A)(ME, ilcd) (Entered: 10/24/2014) |

| | | | |
|---|---|---|---|
| 10/24/2014 | 3 | | MOTION for Leave to Proceed in forma pauperis by Plaintiff Chase Carmen Hunter. Responses due by 11/10/2014 (ME, ilcd) (Entered: 10/24/2014) |
| 10/24/2014 | 4 | | MOTION to Request Counsel by Plaintiff Chase Carmen Hunter. Responses due by 11/10/2014 (ME, ilcd) (Entered: 10/24/2014) |
| 10/24/2014 | 5 | | MOTION for Access to the Electronic Filing System by Plaintiff Chase Carmen Hunter. Responses due by 11/10/2014 (ME, ilcd) (Entered: 10/24/2014) |
| 10/24/2014 | | | TEXT ORDER: The Court finds that the Plaintiff's Motion for Temporary Restraining Order (d/e 2 ) does not establish that she will suffer "immediate and irreparable injury, loss, or damage will result to [her] before the [defendants] can be heard in opposition." See Fed. R. Civ. P. 65(b). Therefore, the Court will not grant a temporary restraining order at this time. The defendants are ORDERED to respond to the Motion for Temporary Restraining Order by Friday, October 31, 2104 at 10 A.M. Entered by Judge Sue E. Myerscough on 10/24/2014. (DM, ilcd) (Entered: 10/24/2014) |
| 10/28/2014 | | | TEXT ORDER by Magistrate Judge Tom Schanzle−Haskins: Before the Court is pro se Plaintiff's Motion to Proceed In Forma Pauperis 3 . Motion DENIED. Plaintiff's affidavit indicates substantial equity in two parcels of real estate owned by Plaintiff. Pro se Plaintiff directed to pay filing fee on or before 11/14/2014 or risk the dismissal of this case. Also before the Court is pro se Plaintiff's Motion for Court Appointed Counsel 4 . The Court notes that civil litigants have no constitutional or statutory right to be represented by counsel in federal court. Zarnes v. Rhodes, 64 F.3d 285, 288 (7th Cir., 1995). The decision to appoint counsel lies within the broad discretion of the Court. Jackson v. County of McLean, 953 F.2d 1070, 1071 (7th Cir., 1992). The Plaintiff has alleged no physical or mental disability that might preclude her from adequately presenting this case. The Plaintiff's Complaint is detailed and typewritten. Plaintiff appears to be competent and has the ability to adequately investigate the facts giving rise to her Complaint. The Court concludes that appointment of counsel is not warranted in this case at this time. The Court grants pro se litigants wide latitude in the handling of their lawsuits. Therefore, Plaintiff's Motion for Court Appointed Counsel 4 is DENIED. (LB, ilcd) (Copy of Text Order sent this date via U.S. Mail to pro se Plaintiff at her listed address.) (Entered: 10/28/2014) |
| 10/28/2014 | | | TEXT ORDER: Before the Court is Plaintiff's Motion for Access to the Electronic Filing System 4 . Plaintiff claims that she needs access to the electronic filing system because she cannot afford the expense of mailing filings. However, as the Magistrate Judge found in ruling on Plaintiffs Motion to Proceed in Forma Pauperis, Plaintiff has substantial equity in two parcels of real estate. Furthermore, Plaintiff has filed numerous cases around the country in the past year, and appears fully capable of filing pleadings without access to the electronic filing system. See, e.g., Hunter v. Obama, No. 1:14−cv−00707−UNA (D.D.C. 2014); Hunter v. Bradford, No. 4:14−cv−00613−KGB (E.D. Ark. 2014); Hunter v. Taylor, No. 2:14−cv−01916−GCS−EPD (S.D. Ohio 2014). Therefore, Plaintiff's Motion for Access to the Electronic Filing System 4 is DENIED. Entered by Judge Sue E. Myerscough on 10/28/2014. (ME, ilcd) (Entered: 10/28/2014) |
| 10/31/2014 | 6 | | |

| | | | |
|---|---|---|---|
| | | | RESPONSE to Motion re 2 MOTION for Temporary Restraining Order filed by Defendants Andrew Boron, Illinois Department of Insurance . (Attachments: # 1 Affidavit Canto Affidavit, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Wheaton, Andrew) Added omitted filer − Modified on 10/31/2014 (ME, ilcd). (Entered: 10/31/2014) |
| 10/31/2014 | | | Notice of Docket Text or Event Modification re 6 Response to Motion. Added omitted filer − Illinois Department of Insurance. NEF regenerated. (ME, ilcd) (Entered: 10/31/2014) |
| 10/31/2014 | 7 | | MOTION for Extension of Time to File Response/Reply as to 2 MOTION for Temporary Restraining Order by Defendants Eleanor Kitzman, Julia Rathgeber, Texas Department of Insurance. Responses due by 11/4/2014 (Sweeten, Patrick) (Entered: 10/31/2014) |
| 11/03/2014 | | | TEXT ORDER: The Motion for Extension of Time to File Response to Plaintiff's Motion for Temporary Restraining Order 7 is GRANTED. Defendants Eleanor Kitzman, Julia Rathgeber, and the Texas Department of Insurance have until Tuesday, November 4, 2014 to file an answer to the Plaintiff's Motion for Temporary Restraining Order. Entered by Judge Sue E. Myerscough on 11/3/2014. (GL, ilcd) (Entered: 11/03/2014) |
| 11/04/2014 | 8 | | MOTION to Dismiss *and Reponse to Plaintiff's Motion for Temporary Restraining Order* by Defendants Eleanor Kitzman, Julia Rathgeber, Texas Department of Insurance. Responses due by 11/21/2014 (Attachments: # 1 Affidavit Affidavit of S Waitt, # 2 Exhibit Order TDI Commissioner)(Sweeten, Patrick) (Entered: 11/04/2014) |
| 11/06/2014 | 9 | | Verified SECOND MOTION for Order to Access the Electronic Filing System by Plaintiff Chase Carmen Hunter. Responses due by 11/24/2014 (ME, ilcd) (Entered: 11/06/2014) |
| 11/06/2014 | 10 | | MOTION to Strike documents filed by any lawyer who is not licensed to practice law in Illinois by Plaintiff Chase Carmen Hunter. Responses due by 11/24/2014 (ME, ilcd) (Entered: 11/06/2014) |
| 11/06/2014 | 11 | | MOTION for Order granting a waiver of pacer fees by Plaintiff Chase Carmen Hunter. Responses due by 11/24/2014 (ME, ilcd) (Entered: 11/06/2014) |
| 11/13/2014 | 12 | | OBJECTION to October 28, 2014 Text Order by Chase Carmen Hunter. (GL, ilcd) (Entered: 11/18/2014) |
| 11/13/2014 | 13 | | NOTICE OF APPEAL as to Text Order dated 10/28/2014 by Chase Carmen Hunter. (GL, ilcd) (Entered: 11/18/2014) |
| 11/13/2014 | 14 | | MOTION for Leave to Appeal in forma pauperis by Plaintiff Chase Carmen Hunter. Responses due by 12/1/2014 (GL, ilcd) (Entered: 11/18/2014) |
| 11/13/2014 | 15 | | NOTICE AND MOTION FOR LEAVE TO USE ORIGINAL RECORD by Plaintiff Chase Carmen Hunter. Responses due by 12/1/2014 (GL, ilcd) (Entered: 11/18/2014) |
| 11/13/2014 | 16 | | CERTIFICATE PURSUANT FED RULE APP PROCEDURE 10(b)(1)(B) (GL, ilcd) (Entered: 11/18/2014) |
| 11/19/2014 | 17 | | RULE 56 NOTICE re 8 MOTION to Dismiss and Response to Plaintiff's |

| | | | |
|---|---|---|---|
| | | | Motion for Temporary Restraining Order sent to Plaintiff Chase Carmen Hunter. (ME, ilcd) (Entered: 11/19/2014) |
| 11/20/2014 | 18 | | Short Record of Appeal Sent to US Court of Appeals re 13 Notice of Appeal (GL, ilcd) (Entered: 11/20/2014) |
| 11/20/2014 | 19 | | NOTICE of Docketing Record on Appeal from USCA re 13 Notice of Appeal filed by Chase Carmen Hunter. USCA Case Number 14−3548 (Attachments: # 1 Notice of Case Opening)(VM, ilcd) (Entered: 11/21/2014) |
| 11/20/2014 | 20 | | REPLY to Response to Motion 2 for Temporary Restraining Order filed by Plaintiff Chase Carmen Hunter. (ME, ilcd) (Entered: 11/21/2014) |
| 11/20/2014 | 21 | | OPPOSITION to Motion 8 to Dismiss and Response to Plaintiff's Motion for Temporary Restraining Order filed by Plaintiff Chase Carmen Hunter. (ME, ilcd) (Entered: 11/21/2014) |
| 11/25/2014 | 22 | | CORRESPONDENCE to Court by Plaintiff Chase Carmen Hunter . Modified on 11/25/2014 to change filing event (VM, ilcd). (Entered: 11/25/2014) |
| 11/26/2014 | 23 | | OBJECTION to the October 28, 2014 Text Order and Motion to Vacate Same by Chase Carmen Hunter. (VM, ilcd) (Entered: 11/26/2014) |
| 11/26/2014 | 24 | | NOTICE OF APPEAL as to Order entered on October 28, 2014 by Chase Carmen Hunter. (VM, ilcd) (Entered: 11/26/2014) |
| 11/26/2014 | 25 | | Short Record of Appeal Sent to US Court of Appeals re 24 Notice of Appeal (VM, ilcd) (Entered: 11/26/2014) |
| 11/26/2014 | 26 | | NOTICE of Docketing Record on Appeal from USCA re 24 Notice of Appeal filed by Chase Carmen Hunter. USCA Case Number 14−3604 (Attachments: # 1 Notice of Case Opening)(VM, ilcd) (Entered: 12/01/2014) |
| 12/02/2014 | 27 | | MEMORANDUM in Support re 8 MOTION to Dismiss *and Reponse to Plaintiff's Motion for Temporary Restraining Order −−−Specifically Responding to Petitioner's Opposition to Motion to Dismiss which Seeks to Strike TDI Defendants' Special Appearance to File Motion to Dismiss and Response to Plaintiff's Motion for Temporary Restraining Order* filed by Defendants Eleanor Kitzman, Julia Rathgeber, Texas Department of Insurance. (Sweeten, Patrick) (Entered: 12/02/2014) |
| 12/12/2014 | | | TEXT ORDER: Because the Plaintiff owns valuable real estate, as discussed in the Court's denial of the Plaintiff's Motion to Proceed in Forma Pauperis, the Plaintiff's Motion for Leave to Appeal in Forma Pauperis 14 is DENIED. Despite the Plaintiff's vociferous objections to the contrary, courts regularly consider the value of real estate in making in forma pauperis determinations. See, e.g., Hrobowski v. Commonwealth Edison Co., 203 F.3d 445, 446−47 (7th Cir. 2000); Romesburg v. Trickey, 908 F.2d 258, 259−60 (8th Cir. 1990); Mullins v. Hallmark Data Sys., LLC, 511 F. Supp. 2d 928, 936−40 (N.D. Ill. 2007); In re Fromal, 151 B.R. 733, 734 (E.D. Va. 1993). For the same reason, Plaintiff's Motion for an Order Granting Waiver of Pacer Fees 11 is DENIED. Furthermore, Plaintiff's Second Motion for Access to the Electronic Filing System 9 is DENIED. Under Local Rule 5.5(B)(1), [u]nless the court, in its discretion, grants leave to a pro se filer to file electronically, pro se filers must file paper originals of all complaints, pleadings, motions, affidavits, briefs, and other documents. As the Court previously stated, the Plaintiff appears capable |

| | | | |
|---|---|---|---|
| | | | of proceeding with her case without access to the electronic filing system. Lastly, Plaintiff's Motion to Strike 10 is DENIED as moot. The Defendants' attorney, Patrick Sweeten, is already admitted to practice in the Central District of Illinois. He need not be licensed to practice in Illinois to be able to file pleadings in this court. See L.R. 83.5. This case is hereby STAYED pending the Seventh Circuit's decision on the Plaintiff's appeal of the Court's denial of the Plaintiff's Motion to Proceed in Forma Pauperis. The stay may be lifted upon the motion of any party within 30 days of the Seventh Circuit's decision on the Plaintiff's appeal. Entered by Judge Sue E. Myerscough on 12/12/2014. (GL, ilcd) (Entered: 12/12/2014) |
| 12/16/2014 | 28 | | AMENDED NOTICE and MOTION for Leave to Use Original Record by Plaintiff Chase Carmen Hunter. Responses due by 1/2/2015 (ME, ilcd) (Entered: 12/16/2014) |
| 12/16/2014 | 29 | | AMENDED CERTIFICATE PURSUANT FED RULE APP PROCEDURE 10(b)(1)(B) (ME, ilcd) (Entered: 12/16/2014) |
| 12/16/2014 | 30 | | DOCKETING STATEMENT by Chase Carmen Hunter re 24 Notice of Appeal (ME, ilcd) (Entered: 12/16/2014) |
| 12/19/2014 | 31 | | MOTION to Substitute Attorney, Patrick K. Sweeten to be replaced by Cynthia A. Morales, by Defendants Eleanor Kitzman, Julia Rathgeber, Texas Department of Insurance. Responses due by 1/5/2015 (Sweeten, Patrick) (Entered: 12/19/2014) |
| 12/22/2014 | | | TEXT ORDER by Magistrate Judge Tom Schanzle−Haskins. Motion to Substitute Counsel of Record for Defendants Eleanor Kitzman, Julia Rathgeber, and the Texas Department of Insurance 31 ALLOWED. Attorney Cynthia A. Morales added as counsel for Defendants Eleanor Kitzman, Julia Rathgeber, and Texas Department of Insurance. Attorney Patrick Kinney Sweeten terminated as counsel in this cause. (LB, ilcd) (Entered: 12/22/2014) |
| 01/09/2015 | | | TEXT ORDER: Because the Court denied the Plaintiff's Motion for Leave to Appeal in Forma Pauperis, the Plaintiff is not entitled to have her appeal heard on the original record under Federal Rule of Appellate Procedure 24(c). Therefore, the Plaintiff's Notice and Motion for Leave to Use Original Record [d/e 15 ] and Amended Notice and Motion for Leave to Use Original Record [d/e 28 ] are DENIED. Entered by Judge Sue E. Myerscough on 1/09/2015. (VM, ilcd) (Entered: 01/09/2015) |
| 01/12/2015 | | | TEXT ORDER: Pursuant to 28 U.S.C. § 455, Judge Myerscough hereby RECUSES herself from this case. Entered by Judge Sue E. Myerscough on 1/12/2015. (VM, ilcd) (Entered: 01/12/2015) |
| 01/12/2015 | | | TEXT ORDER: Pursuant to instructions from Chief Judge James E. Shadid on 1/12/2015, this case is transferred to U.S. District Judge Richard Mills for all further proceedings. Entered by Chief Judge James E. Shadid on 1/12/2015. (VM, ilcd) Modified on 1/12/2015 to correct typographical error (VM, ilcd). (Entered: 01/12/2015) |
| 01/14/2015 | 32 | | ORDER (See Written Order): Because the Plaintiff will not be permitted to proceed in forma pauperis, she is ORDERED to pay the filing fee by January 30, 2015 or face dismissal of her case. Entered by Judge Richard Mills on 1/14/2015. (VM, ilcd) (Entered: 01/14/2015) |

| | | | |
|---|---|---|---|
| 01/21/2015 | 33 | | SECOND MOTION for Leave to Proceed in forma pauperis by Plaintiff Chase Carmen Hunter. Responses due by 2/9/2015 (VM, ilcd) (Entered: 01/21/2015) |
| 01/21/2015 | 34 | | MOTION to Cease by Plaintiff Chase Carmen Hunter. Responses due by 2/9/2015 (VM, ilcd) (Entered: 01/21/2015) |
| 01/21/2015 | 35 | 10 | ORDER (See Written Order): The Plaintiff's Second Motion to Proceed in Forma Pauperis [d/e 33 ] is DENIED. The Plaintiff's Motion to Cease the use of Text Orders in lieu of Orders entered in a Traditional Format [d/e 34 ] is DENIED. Entered by Judge Richard Mills on 1/21/2015. (VM, ilcd) (Entered: 01/22/2015) |
| 01/28/2015 | 36 | 8 | NOTICE OF APPEAL as to 35 Order on Motion for Leave to Proceed in forma pauperis by Chase Carmen Hunter. (VM, ilcd) (Entered: 01/28/2015) |

E-FILED
Wednesday, 28 January, 2015 04:45:23 PM
Clerk, U.S. District Court, ILCD

FILED
JAN 28 2015
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF
ILLINOIS - SPRINGFIELD

CHASE CARMEN HUNTER,
PETITIONER,

CIVIL ACTION NO. 14-3324

vs.

ANDREW BORON, ETC. ET AL.
RESPONDENTS.

NOTICE OF APPEAL

Notice is hereby given that

Chase Carmen Hunter above named, hereby appeals to

the United States Court of Appeals for the Seventh Circuit from the Order entered in this action on which denies Hunter's "SECOND PETITIONER'S MOTION TO PROCEED IN FORMA PAUPERIS" ("2nd IFP") which was filed with this court on January 9, 2015. Hunter does not know at this moment if this 2nd IFP was denied. This Notice of Appeal becomes operative only if the 2nd IFP is denied. Because Hunter has been denied free electronic notification and free copies of electronically-filed documents, cannot afford PACER fees, and does not have 100% reliable receipt of mail, Hunter is forced to file this Notice of Appeal to preserve her rights.

[signature]
Attorney or Pro Se Appellant

PO Box 42252
Fredericksburg, VA 22404
Address

Dated: 1/22/15

C Hunte
3340 S Lemon Ave #9039
Walnut CA 91789

RICHMOND
VA 230
24 JAN '15
PM 5 L

FOREVER
A 1444 1130040022
RUDOLPH
DELIVERED BY THE USPS
USA

USDC
151 U.S. Courthouse
600 E Monroe St.
Springfield IL 62701

62701290299

E-FILED
Thursday, 22 January, 2015 09:02:13 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CHASE CARMEN HUNTER,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW BORON, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 14-3324 |

ORDER

RICHARD MILLS, U.S. District Judge:

In an Order entered on January 14, 2015, the Court Overruled the Plaintiff's Objections and Adopted the Magistrate Judge's Order of October 28, 2014 and the reasoning therein, thereby denying the Plaintiff's Motion for Leave to Proceed in Forma Pauperis. The Court further Ordered the Plaintiff to pay the filing fee by January 30, 2015 or face dismissal of her case. Pending now is the Plaintiff's Second Motion to Proceed in Forma Pauperis.

For the reasons given in the previous Order, the Plaintiff's Second Motion to Proceed in Forma Pauperis [d/e 33] is DENIED. The

Plaintiff's Motion to Cease the use of Text Orders in lieu of Orders entered in a Traditional Format [de/ 34] is DENIED.

The failure of the Plaintiff to pay the filing fee by February 4, 2015 will result in the dismissal of the case.

ENTER: January 21, 2015.

s/ *Richard Mills*
RICHARD MILLS
UNITED STATES DISTRICT JUDGE