**E-FILED**
Friday, 30 January, 2015 04:08:32 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

January 8, 2015

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

*Before*

**Joel M. Flaum,** ***Circuit Judge***
**Michael S. Kanne,** ***Circuit Judge***
**John Daniel Tinder,** ***Circuit Judge***

| | | |
|---|---|---|
| CHASE HUNTER,<br>Plaintiff-Appellant, | | ] Appeal from the United<br>] States District Court for<br>] the Central District of |
| No. 14-3604 | v. | ] Illinois.<br>] |
| ANDREW BORON, et al.,<br>Defendants-Appellees. | | ] No. 3:14-cv-03324-SEM-TSH<br>]<br>] Sue E. Myerscough, Judge. |

## ORDER

On consideration of the papers filed in this appeal and review of the short record,

IT IS ORDERED that this appeal is DISMISSED for lack of jurisdiction.

Generally an appeal may not be taken in a civil case until a final judgment disposing of all claims against all parties has been entered on the district court's civil docket pursuant to Fed. R. Civ. P. 58. *See Alonzi v. Budget Construction Co.*, 55 F.3d 331, 333 (7th Cir. 1995); *Cleaver v. Elias*, 852 F.2d 266 (7th Cir. 1998).

- over -

The district court has not issued a Rule 58 judgment in the present case, and for good reason. Plaintiff's case remains pending in the district court. Plaintiff-appellant's appeal of the order denying plaintiff-appellant access to the court's electronic filing system is nothing more that a case management order, and such orders are not immediately appealable. *See Moglia v. Pacific Employers Ins. Co. of North America*, 547 F.3d 835, 838 (7th Cir. 2008).