E-FILED
Wednesday, 04 February, 2015 09:01:45 AM
Clerk, U.S. District Court, ILCD

FILED
FEB - 3 2015
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD

CHASE CARMEN HUNTER,
PETITIONER,

CIVIL ACTION NO. 14-3324

vs.

ANDREW BORON, ETC. ET AL.
RESPONDENTS.

SECOND xeefht

CERTIFICATE PURSUANT FED RULE APP PROCEDURE 10(b)(1)(B)

Notice is hereby given that

Chase Carmen Hunter above named, hereby certifies that no transcript will be filed because there were no court proceedings in the district court.

This notice applies to the notice of appeal dated 1/22/15.

eefht eefht
Attorney or Pro Se Appellant

This 2nd certificate is being filed because the initial certificate has not been docketed
xeefht

PO Box 42252
Fredericksburg, VA 22404
Address

Dated: 1/22/15