E-FILED
Thursday, 23 April, 2015 08:52:03 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

April 22, 2015

| | |
|---|---|
| No. 15-1169 | CHASE HUNTER,<br>Plaintiff - Appellant<br><br>v.<br><br>ANDREW BORON, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 3:14-cv-03324-RM-TSH<br>Central District of Illinois<br>District Judge Richard Mills | |

This cause, docketed on January 28, 2015, is **DISMISSED** for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

COURT OF APPEALS FOR THE SEVENTH CIRCUIT