E-FILED
Friday, 24 April, 2015 08:43:02 AM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

| | | |
|---|---|---|
| CHASE CARMEN HUNTER<br><br>Plaintiff | )<br>)<br>) | |
| vs. | ) | Case Number: 14-3324 |
| ANDREW BORON, ILLINOIS DEPARTMENT OF INSURANCE, NATIONAL ASSOCIATION OF INSURANCE COMMISSIONERS, NATIONAL INSURANCE PRODUCER REGISTRY, ELEANOR KITZMAN, JULIA RATHGEBER, and TEXAS DEPARTMENT OF INSURANCE,<br><br>Defendants | )<br>)<br>)<br>) | |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to an Order entered by the Honorable Richard Mills on April 24, 2015, this case is closed.

**Dated: April 24, 2015**

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court